# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Farid Hafez, Dr., Individually and on Behalf of All Others Similarly Situated; <br><br> Appellant, <br><br> v. <br><br> Lorenzo Vidino, Dr., individually and in his respective corporate capacities, et al., <br><br> Appellees. | No. 25-7172 |

### CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES OF APPELLEES GEORGE WASHINGTON UNIVERSITY AND THE PROGRAM ON EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY

Pursuant to this Court's order of October 31, 2025 and Circuit Rule 28(a)(1), Appellees George Washington University and the Program on Extremism at The George Washington University state the following:

**Parties and Amici**

Farid Hafez was the plaintiff in the district court and is the appellant in this Court. Lorenzo Vidino; George Washington University; the Program on Extremism at The George Washington University; Alp Services SA; Diligence

SARL; Mario Brero; Muriel Cavin; Lionel Badal; Ariaf Studies and Research LLC; and John Doe, Nos. 1–25 were the defendants in the district court and are the appellees in this Court. Neither the district court nor this Court has granted any party leave to intervene or to participate as *amicus curiae* at this time.

### **Rule 26.1 Disclosures**

Pursuant to Local Rule 26.1, appellees George Washington University and the Program on Extremism at The George Washington University, through the undersigned counsel, certify that neither has parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

### **Rulings Under Review**

This action challenges the September 30, 2025 order and opinion of the district court granting the defendants' motions to dismiss Hafez's complaint. Memorandum Opinion, *Hafez v. Vidino*, No. 1:24-cv-00873 (D.D.C. Sept. 30, 2025) (Ali, J.), Dkt. 55; Order, Dkt. 56. The district court's opinion does not have a Federal Supplement citation, but it is publicly available at 2025 WL 2800719.

### **Related Cases**

This case has not previously been before this Court or any court other than the district court. *Nada v. United Arab Emirates*, No. 1:24-cv-00206 (D.D.C.)—a case involving similar claims against several of the appellees (not including

George Washington University and the Program on Extremism at The George Washington University)—is currently pending before the United States District Court for the District of Columbia. Counsel is not aware of any other cases pending in this Court or any other court involving substantially the same parties and the same or similar issues.

Respectfully submitted,

/s/ Scott L. Winkelman
Scott L. Winkelman
Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
swinkelman@crowell.com
troman@crowell.com

Dated: December 1, 2025