# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Farid Hafez

v.

Lorenzo Vidino et al.

**Case No:** 25-7172

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lorenzo Vidino

### Counsel Information

Lead Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

2nd Counsel: Alec F. Mouser

Direct Phone: ( 202 ) 777-9334  Fax: ( ___ ) _____  Email: amouser@gibsondunn.com

3rd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

Firm Name: Gibson, Dunn & Crutcher LLP

Firm Address: 1700 M Street, N.W., Washington, D.C. 20036-4504

Firm Phone: ( 202 ) 955-8500  Fax: ( ___ ) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)