# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-7172** | **September Term, 2025** |
| | 1:24-cv-00873-AHA |
| | Filed On: February 2, 2026 [2157007] |

Farid Hafez, Dr., Individually and On Behalf
of All Others Similarly Situated,

      Appellant

      v.

Lorenzo Vidino, Dr., individually and in his
respective corporate capacities, et al.,

      Appellees

<u>**O R D E R**</u>

      By order filed October 31, 2025, appellant was directed to make certain submissions to the court by December 1, 2025. To date, the required submissions have not been received from appellant. Upon consideration of the foregoing, it is

      **ORDERED**, on the court's own motion, that appellant show cause by March 4, 2026, why this case should not be dismissed for lack of prosecution. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                           BY:    /s/
                                              Laura M. Morgan
                                              Deputy Clerk