# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7172**                                  **September Term, 2025**

**1:24-cv-00873-AHA**

**Filed On: May 11, 2026** [2172759]

Farid Hafez, Dr., Individually and On Behalf
of All Others Similarly Situated,

      Appellant

    v.

Lorenzo Vidino, Dr., individually and in his
respective corporate capacities, et al.,

      Appellees

## O R D E R

By order filed February 2, 2026, appellant was directed to show cause by March 4, 2026, why this case should not be dismissed for lack of prosecution. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by June 10, 2026.

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

        BY:   /s/
               Laura M. Morgan
               Deputy Clerk