# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7172**

**September Term, 2025**

**1:24-cv-00873-AHA**

**Filed On: June 10, 2026** [2177994]

Farid Hafez, Dr., Individually and On Behalf
of All Others Similarly Situated,

      Appellant

    v.

Lorenzo Vidino, Dr., individually and in his
respective corporate capacities, et al.,

      Appellees

## M A N D A T E

In accordance with the order of May 11, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk

Link to the order filed May 11, 2026